No. 81–162.   McCrary et al. v. Poythress, Secretary of State of Georgia, et al.   C. A. 5th Cir.   Certiorari denied.

No. 81–163.   Lyon et al. v. California et al.; and
No. 81–182.   Tahoe Shorezone Representation v. California et al.   Sup. Ct. Cal.   Certiorari denied.   Reported below: No. 81–163, 29 Cal. 3d 210, 625 P. 2d 239; No. 81–182, 29 Cal. 3d 240, 625 P. 2d 256.

No. 81–168.   Livingston v. Continental Airlines et al.   C. A. 9th Cir.   Certiorari denied.

No. 81–169.   Reynolds v. Georgia et al.   C. A. 5th Cir.   Certiorari denied.

No. 81–170.   Cora v. United States; and
No. 81–5128.   Grella v. United States.   C. A. 2d Cir.   Certiorari denied.

No. 81–172.   Perry v. Maryland.   Ct. Sp. App. Md.   Certiorari denied.

No. 81–174.   Perez et ux., Guardians v. Bahamas.   C. A. D. C. Cir.   Certiorari denied.

No. 81–175.   Meyer v. Maryland.   Ct. Sp. App. Md.   Certiorari denied.

No. 81–178.   Bird v. Rothman et al.   Ct. App. Ariz.   Certiorari denied.

No. 81–179.   Hoffman v. Weisman, Celler, Spett, Modlin & Wertheimer.   C. A. 2d Cir.   Certiorari denied.

No. 81–190.   Uzzolino v. United States.   C. A. 3d Cir.   Certiorari denied.